IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Harvey B. Breland and<br>Marshall Breece Breland,<br>       Plaintiffs,<br>vs.<br>USAA Casualty Insurance Company,<br>       Defendant. | Civil Action No. 6:04-1529-HFF-WMC<br><br>**O R D E R** |

Pending before the court is the plaintiffs' motion to compel certain claims file documents pursuant to Rule 37(a)(2)(B) & (3). The defendant has objected to producing the documents because it alleges they are protected by either the work product doctrine and/or the attorney-client privilege. The defendant submitted a privilege log to the plaintiffs and the court.

The court heard oral arguments on this motion on May 24, 2005. At the hearing, the court ordered the defendant to deliver a copy of the documents identified in the present motion for an *in camera* examination in conjunction with the court's consideration of the motion, and the defendant has done so.

Now, therefore, after an *in camera* review of the submitted documentation,

IT IS ORDERED that the plaintiff's motion to compel is denied.

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

June 1, 2005

Greenville, South Carolina